JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AYALA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>　　　　　　Respondent. | Case No. 2:21-cv-09957-CAS(AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 25, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　United States District Judge